AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Beaty Jr., James A | 2. Court or Organization<br><br>US District Court - 4th Cir. | 3. Date of Report<br><br>06/19/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>251 N. Main Street - Suite 248<br>Winston-Salem, N.C. 27101-3984 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2007 JUN 25 A 11: 15 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | NC Judicial Retirement Vested Benefit | $ 29,570 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | The Speech Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | MultiDistrict Litigation | January 8-11, 2006 West Palm Beach, Florida (travel, food, lodging) |
| 2. | Exe. Team Dev. and Chief Judge Conf. | April 24-28, 2006 - Washingrton, D.C. (travel, food, lodging) |
| 3. | Ntl. Workshop for District Judges III | August 4-9, 2006 - Denver, CO (travel, food, lodging) |
| 4. | Just The Beginning Foundation Conference | September 21-24, 2006 Cincinnati, OH (travel, lodging, food) |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. 1. Equitable Life Insurance | Policy Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 06/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Brokerage IRA | B | Dividend | K | T | | | | | |
| 2. Citigroup | | | | | | | | | |
| 3. Microsoft | | | | | | | | | |
| 4. General Electric | | | | | | | | | |
| 5. Omega Health Prop. Common | | | | | | | | | |
| 6. Lithium Technology/Common | | | | | | | | | |
| 7. Carolina Power & Light Common (Now Progress Energy) | | | | | | | | | |
| 8. American Power Conversion Company | | | | | | | | | |
| 9. Duke Energy, Common | A | Dividend | J | T | | | | | |
| 10. Bank of America Investment Services, Inc. (IRA) | A | Dividend | M | T | | | | | |
| 11. -Columbia Cash Reserve Daily | | | | | | | | | |
| 12. -Federated Bond Class A | | | | | | | | | |
| 13. -Federated American Leaders Class Mutual Fund | | | | | | | | | |
| 14. -Federated Capital Appreciation Class A Mutual Fund | | | | | | | | | |
| 15. -Federated INT'L Value Class A Mutual Fund | | | | | | | | | |
| 16. -Federated Kaufman Class A | | | | | | | | | |
| 17. -Fed. Strat. Val. Fund Class A Mut. Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 06/19/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CSX, Corp., Common | A | Dividend | J | T | | | | | |
| 19. Exxon Mobil | A | Dividend | J | T | | | | | |
| 20. Vanguard, 500 Mutual Fund | A | Dividend | J | T | Partial Exch | 8/1 | J | A | |
| 21. Vanguard Healthcare Mutual Fund | A | Dividend | K | T | | | | | |
| 22. Vanguard Emerging Mkt Fund | A | Dividend | J | T | | | | | |
| 23. Vanguard European Fund | A | Dividend | J | T | Buy | 8/1 | J | | |
| 24. Bell South/A T & T | A | Dividend | J | T | Partial Sale | 9/5 | J | B | |
| 25. Mutual of New York-Whole Life | A | Dividend | J | T | Donated | 12/28 | J | A | |
| 26. Mutual of New York-Whole Life | A | Dividend | J | T | | | | | |
| 27. Mutual of New York-Whole Life | A | Dividend | J | T | | | | | |
| 28. Equitable Life-Whole Life | A | Dividend | K | T | | | | | |
| 29. Equitable Variable Life-Whole Life | A | Dividend | J | T | | | | | |
| 30. Equitable Variable-Alliance Common Stock Fund | A | Dividend | J | T | | | | | |
| 31. State Farm Universal-Whole Life | | None | | | Surrender | 05/03 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 06/19/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As previously noted, monthly contributions during the reporting period were made into Dividend Reinvestment Plans or Investor Plans in each of the following lists of securities or mutual funds: (9) Duke Energy Common, (18) CSX, (19) Exxon Mobil, (24) Bell South/A T & T, (20) Vanguard 500 Mutual Fund, (21) Vanguard Healthcare Mutual Fund, (22) Vanguard Emerging Market Fund and the newly acquired (23) Vanguard European Fund.

Items 2-7 were all held in Wachovia Brokerage IRA.

Amended Report:
Part VII, (10) Bank of America Investment Services, Inc. (IRA) formerly Nations Bank (IRA); Items 11-17 have been added and are all held in Bank of America Investment Services, Inc., IRA (10); (20) Vanguard 500, has been changed to reflect Partial Exchange, (24) Bell South, has been changed to reflect Partial Sale.

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 06/19/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa███████████████████████████  Date ___June 19, 2007___

NOT█████████████████████████████AILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND████████████████ app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2007 | FOR CALENDAR YEAR 2006 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beaty Jr., James A | US District Court - 4th Cir. | 05/07/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 251 N. Main Street - Suite 248<br>Winston-Salem, N.C. 27101-3984 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 11 A 9:33
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2006 | NC Judicial Retirement Vested Benefit | $ 29,570 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2006 | The Speech Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | MultiDistrict Litigation | January 8-11, 2006 West Palm Beach, Florida (travel, food, lodging) |
| 2. | Exe. Team Dev. and Chief Judge Conf. | April 24-28, 2006 - Washingrton, D.C. (travel, food, lodging) |
| 3. | Ntl. Workshop for District Judges III | August 4-9, 2006 - Denver, CO (travel, food, lodging) |
| 4. | Just The Beginning Foundation Conference | September 21-24, 2006 Cincinnati, OH (travel, lodging, food) |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. 1. Equitable Life Insurance | Policy Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Brokerage IRA | B | Dividend | K | T | | | | | |
| 2. Citigroup | | | | | | | | | |
| 3. Microsoft | | | | | | | | | |
| 4. General Electric | | | | | | | | | |
| 5. Omega Health Prop. Common | | | | | | | | | |
| 6. Lithium Technology/Common | | | | | | | | | |
| 7. Carolina Power & Light Common (Now Progress Energy) | | | | | | | | | |
| 8. American Power Conversion Company | | | | | | | | | |
| 9. Duke Energy, Common | A | Dividend | J | T | | | | | |
| 10. Nations Bank Securities IRA | A | Dividend | M | T | | | | | |
| 11. CSX, Corp., Common | A | Dividend | J | T | | | | | |
| 12. Exxon Mobil | A | Dividend | J | T | | | | | |
| 13. Vanguard, 500 Mutual Fund | A | Dividend | J | T | Exchanged | 8/1 | J | A | |
| 14. Vanguard Healthcare Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Vanguard Emerging Mkt Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard European Fund | A | Dividend | J | T | Buy | 8/1 | J | | |
| 17. Bell South/A T & T | A | Dividend | J | T | Sell | 9/5 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual of New York-Whole Life | A | Dividend | J | T | Donated | 12/28 | J | A | |
| 19. Mutual of New York-Whole Life | A | Dividend | J | T | | | | | |
| 20. Mutual of New York-Whole Life | A | Dividend | J | T | | | | | |
| 21. Equitable Life-Whole Life | A | Dividend | K | T | | | | | |
| 22. Equitable Variable Life-Whole Life | A | Dividend | J | T | | | | | |
| 23. Equitable Variable-Alliance Common Stock Fund | A | Dividend | J | T | | | | | |
| 24. State Farm Universal-Whole Life | | None | | | Surrender | 05/03 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As previously noted, monthly contributions during the reporting period were made into Dividend Reinvestment Plans or Investor Plans in each of the following lists of securities or mutual funds: (9) Duke Energy Common, (11) CSX, (12) Exxon Mobil, (17) Bell South/A T & T, (13) Vanguard 500 Mutual Fund, (14) Vanguard Healthcare Mutual Fund, (15) Vanguard Emerging Market Fund and the newly acquired (16) Vanguard European Fund.

Items 2-7 were all held in Wachovia Brokerage IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A | 05/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date___ May 7, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544